# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **OMORFIA VENTURES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-cv-0794 |
| | ) | District Judge Richardson |
| v. | ) | Magistrate Judge Newbern |
| | ) | |
| **POSH BRIDAL COUTURE, LLC, MARIE SUCHY, and DEAN SUCHY,** | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS BY DEFENDANTS

Defendants, Posh Bridal Couture, LLC, Marie Suchy, and Dean Suchy ("Defendants"), through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, seeks the dismissal of certain causes of action, and related requests for relief, and the dismissal of parties to such causes of action, set forth in the *Complaint* filed by Plaintiff, Omorfia Ventures, Inc. (Doc. No. 1). As cause, Defendants state that Plaintiff fails to state certain claims for relief upon which relief may be granted under the relevant case law and under the express written terms of the contract at issue in this dispute.

In support of the relief requested, Defendants submit a memorandum of law, as well as the following exhibit to this motion:

- <u>Exhibit A</u> – Certified Records for the Office of the Minnesota Secretary of State.

Respectfully submitted,

/s/ Sean C. Kirk
Sean C. Kirk (BPR No. 22878)
Bone McAllester Norton, PLLC
511 Union Street, Suite 1600

Nashville, TN 37219
Phone: 615-238-6307
skirk@bonelaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system this 28th day of October 2019.

J. Cole Dowsley, Esq.
1801 West End Ave., Suite 1550
Nashville, TN 37203

                                            /s/ Sean C. Kirk
                                            Sean C. Kirk