**From:** Sean Kirk
**Sent:** Monday, March 30, 2020 3:08 PM
**To:** Marie Suchy (marie@poshmn.com) <marie@poshmn.com>
**Subject:** Termination of Representation - Posh Bridal Couture, LLC et al. v. Omofia Ventures, Inc., Case No. 3:19-cv-00794, United States District Court for the Middle District of Tennessee

Marie,

Please allow this communication to constitute notice to you that Bone McAllester Norton ("Firm") is withdrawing as counsel to you, your husband and Posh Bridal Couture, LLC (collectively, the "Client") in the above-captioned lawsuit. The Client is in ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ Further, the Firm needs to withdraw as Client's counsel because (a) the Client has failed substantially to fulfill certain obligations to the Firm regarding the Firm's services and has been given reasonable warning that the Firm will withdraw unless the obligations are fulfilled; (b) the representation will result in an unanticipated financial and substantial financial burden on the Firm and/or has been rendered unreasonably difficult by the Client; and/or (c) other good cause exists for withdrawal.

I will be filing a motion for the Firm to withdraw as counsel for the Client in due course. In the motion, I will request that the Client be granted 30 days from entry of the order to locate alternative counsel.

Please note that ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲