UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OMORFIA VENTURES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00794 |
| ) | |
| POSH BRIDAL COUTURE, LLC, ) | JUDGE RICHARDSON |
| MARIE SUCHY, and DEAN SUCHY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

Pending before the Court is Defendants Posh Bridal Couture, LLC, Marie Suchy, and Dean Suchy's Motion to Dismiss (Doc. No. 11, "Motion"). Plaintiff Omorfia Ventures, Inc. responded (Doc. No. 15), and Defendants replied (Doc. No. 19). For the reasons mentioned in the accompanying Memorandum Opinion, Defendants' Motion is **DENIED**.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE