# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| OMORFIA VENTURES, INC., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>POSH BRIDAL COUTURE, LLC, MARIE )<br>SUCHY, and DEAN SUCHY, )<br>)<br>    Defendants. )<br>) | Case No. 3:19-cv-0794<br>District Judge Richardson<br>Magistrate Judge Newbern |

## STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE AND ESTABLISHING PROCEDURES FOR RE-OPENING OF CASE AND FOR ENTRY OF AGREED JUDGMENT

Come the parties, as evidenced by the signatures of their respective counsel below, and stipulate that the parties have entered into a Settlement Agreement to resolve this case, and as part of that Settlement Agreement, have agreed to the entry of this Order. Accordingly,

IT IS HEREBY ORDERED that this case be dismissed without prejudice and be administratively closed.

IT IS FURTHER ORDERED that upon the occurrence of a default under the Settlement Agreement, Plaintiff may file with this Court and shall serve upon Defendants a Notice of Reopening Case and, without further notice, opportunity for Defendants to cure, hearing, motion, application or order, shall submit an Agreed Judgment in the form stipulated to and executed by the parties as set forth in the Settlement Agreement, for immediate entry of a judgment in favor of Plaintiff.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ J. Cole Dowsley, Jr.
J. Cole Dowsley, Jr. (TN BPR #024400)
THOMPSON BURTON PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
615-465-6003
cole@thompsonburton.com

*Counsel for Plaintiff*


/s/ Steven A. Wolfe
Steven A. Wolfe (TN BPR #36623)
Matthew Brothers (TN BPR #16000)
Brothers Business Law, PLC
Nashville, Tennessee 37219
(615) 942-5168
swolfe@brothersbusinesslaw.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was electronically filed on December 14, 2020, via the court's ECF system, and a true and exact copy of the foregoing was served on December 14, 2020 via the Court's CM/ECF System to:

Matthew Brothers
Brothers Business Law, PLC
401 Church Street, Suite 2720
Nashville, TN 37219
mbrothers@brothersbusinesslaw.com

Steven A. Wolfe
Brothers Business Law, PLC
401 Church Street, Suite 2720
Nashville, TN 37219
swolfe@brothersbusinesslaw.com

                                                               /s/ J. Cole Dowsley, Jr.
                                                               J. Cole Dowsley, Jr.